# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

REIKO HIRAI, on behalf of herself and all others similarly situated,

**E-filing**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

CV 08 1453 CRB

AIR NEW ZEALAND, et al.
[SEE ATTACHED FOR LIST OF ALL DEFENDANTS]

TO: (Name and address of defendant)

AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES, INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, and UNITED AIRLINES

[SEE ATTACHED FOR ADDRESSES OF ALL DEFENDANTS]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

## ATTACHMENT TO SUMMONS LISTING ALL DEFENDANTS
## AND THEIR ADDRESSES

**Air New Zealand**
Quay Tower
29 Customs St. West
Auckland, 1020
New Zealand

**All Nippon Airways**
Shidome-City Center
1-5-2, Higashi-Shimbashi
Minato-ku
Tokyo 105-7133
Japan

**Cathay Pacific Airways**
9 Connaught Road
Central Swirel Housepox
Box 1 GPO Hong Kong K3

**China Airlines**
131 Nanking E Rd.
Section 3
Taipei, Taiwan

**EVA Airways**
16F0I, No. 207
Fusing Road
Taoyuan City
Taoyuan County
Taiwan

**Japan Airlines International**
4-11, Higashi-Shinagawa
2-chome
Shinagawa-Ku
Tokyo 140-8605
Japan

**Malaysia Airlines**
MAS Complex A
Sultan Abdul Azia Shah Airport
47200 Suband
Selangor Darui Ehsan
Malaysia

**Northwest Airlines**
2700 Lone Oak Parkway
Eagan, MN 55121

**Qantas Airways**
Building A
203 Coward Street
Qantas Centre
Mascot NSW 2020 C3
Australia

**Singapore Airlines**
Airline House
25 Airline Road
819829 Singapore

**Thai Airways**
89 Vibhavadi-Rangsit Road
Bangkok, Thailand 10900

**United Airlines**
77 W. Wacker Drive
Chicago, IL 60601