Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Neil J. Swartzberg (215133; nswartzberg@cpmlegal.com)
Stuart G. Gross (251019; sgross@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:  (415) 229-2080
Facsimile:  (415) 986-3643

*Interim Class Counsel and Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates to:**<br><br>*Wortman et al., v. Air New Zealand et al.,*<br>Case No. 07-05634-CRB | [~~PROPOSED~~] ORGER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
**Case No. 07-CV-05634-CRB**

1  Pursuant to Civil Local Rule 3-12, and on good cause shown, the Administrative Motion to Consider Whether Cases Should Be Related, submitted by Interim Class Counsel, is Granted. The actions captioned (1) *Schelly et al. v. Air New Zealand et al.,* Case No. 07-06071-MMC, (2) *Clark et al. v. Air New Zealand et al.,* Case No. 07-06357-MMC; (3) *Adlin v. Air New Zealand et al.,* Case No. 07-06410-EDL; (4) *Feigenbaum v. Air New Zealand et al.,* Case No. 08-00308-BZ; (5) *Labarge v. Air New Zealand et al.,* Case No. 08-00487-SC; (6) *Frederick v. Air New Zealand et al.,* Case No. 08-00615-MEJ; and (7) *Hirai v. Air New Zealand et al.,* Case No. 08-01453-CRB, are hereby related to *Wortman et al., v. Air New Zealand et al.*, Case No. 07-05634-CRB, and shall be consolidated in *In re Transpacific Passenger Air Transportation Antitrust Litigation*, N.D. Cal., Case No. 07-5634-CRB.

IT IS SO ORDERED.

Dated: __April 15_____, 2008



_____
Honorable Charles R. Breyer
U.S. District Court

IT IS SO ORDERED
Judge Charles R. Breyer

---

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
**Case No. 07-CV-05634-CRB**                                                                                    1